IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIPOV SHUKHRAT, ET AL., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 12-4137 |
| | : | |
| JANET NAPOLITANO, ET AL, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 27th day of November, 2013, upon consideration of the parties' cross-motions for summary judgment (Doc. Nos. 12, 13), and all responses thereto, and for the reasons stated in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

The Clerk of Court shall mark the case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**